**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVE MORTON,<br>Plaintiff<br>v.<br>KENNETH WILLIAMS, et al.,<br>Defendants | Case No.: 3:24-cv-00402-MMD-CSD<br>**Order**<br>Re: ECF No. 50 |

Plaintiff has filed a motion for status check and request for copy of the file in this case. (ECF No. 50.) The motion is granted in part insofar as the Clerk will **SEND** Plaintiff a copy of the court's last order extending the scheduling deadlines (ECF No. 49) and a copy of the docket sheet. The court will not provide Plaintiff a copy of every document in this case, but if Plaintiff needs any specific document, he may file a motion so requesting.

**IT IS SO ORDERED**.

Dated: August 21, 2026

Craig S. Denney
United States Magistrate Judge